US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 06 2017

DOUGLAS F. YOUNG, Clerk
By
                    Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES JEFFERSON                                              PLAINTIFF

vs.                          CASE NO. 17·2022

RHEEM MANUFACTURING
COMPANY                                                      DEFENDANT

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Rheem Manufacturing Company ("Rheem" or "Defendant"), by and through

the undersigned counsel, timely files this Notice of Removal, pursuant to 28 U.S.C. §§ 1331,

1441, and 1446, removing this action from the Circuit Court of Sebastian County, Arkansas to

the United States District Court for the Western District of Arkansas, Fort Smith Division; and in

support hereof, respectfully states as follows:

**A.    ORIGINAL JURISDICTION**

1.    On or about December 29, 2016, James Jefferson ("Plaintiff") filed a Complaint

against Defendant in the Circuit Court of Sebastian County, Arkansas (Case No. CV-16-1161)

(the "Lawsuit"). Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, summons,

and orders served upon this Defendant to date in the state court lawsuit are attached as Exhibit 1.

2.    In his Complaint, Plaintiff alleges violations of the Americans with Disabilities

Act of 1990 ("ADA"), as amended, codified as 42 U.S.C. §§ 12111-12117, Title VII of the 1964

Civil Rights Act ("Title VII") (as amended by the Civil Rights Act of 1991), codified as 42

U.S.C. § 2000e, et seq., the Age Discrimination in Employment Act of 1967 ("ADEA"), as amended, codified as 29 U.S.C. § 621, et seq., the Arkansas Civil Rights Act ("ACRA"), and the Arkansas Constitution. [Exhibit A, Complaint, ¶ 1]

3.    Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the Plaintiff's ADA, Title VII, and ADEA claims because each of those claims present a federal question.

4.    Plaintiff previously made similar factual or legal allegations in his Charge of Discrimination and Amended Charge of Discrimination he filed with the U.S. Equal Employment Opportunity Commission in Little Rock, Arkansas on June 26, 2015, under Charge No. 493-2015-01295 [see Exhibit A attached to Plaintiff's Complaint], and on September 23, 2015, Charge No. 493-2015-01295 (Amended) [see Exhibit C to Plaintiff's Complaint]. Plaintiff raised federal claims in his Charge and Amended Charge.

5.    As a result, this Court has original jurisdiction over Plaintiff's ADA, ADEA, and Title VII claims pursuant to 28 U.S.C. § 1331 because of Plaintiff's asserted federal claims and the action may be removed to this Court pursuant to 28 U.S.C. § 1441.

**B.    SUPPLEMENTAL JURISDICTION**

6.    Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over the Plaintiff's state law claims, including claims based on the Arkansas Constitution and ACRA claims as those claims do not raise novel or complex issues of Arkansas law, do not substantially predominate over the ADA, Title VII, and ADEA claims, and are so related to Plaintiff's federal law claims that they form part of the same case or controversy under Article III of the United

2

States Constitution. Plaintiff's state and federal law claims arise out of the same common nucleus of operative facts; namely, Plaintiff's employment and separation of employment from Defendant.

7. Because Plaintiff's state law claims arise out of the same events or occurrences as Plaintiff's ADA, ADEA, and Title VII claims, this Court has the authority to and should exercise supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

## C. VENUE AND PROCEDURE

8. Pursuant to 28 U.S.C. § 1441(a), venue is proper in this Court because the Lawsuit is pending in the Circuit Court of Sebastian County, Arkansas, which is within the Western District of Arkansas, Fort Smith Division, and the events giving rise to Plaintiff's complaint occurred within the Western District of Arkansas.

9. This Notice is timely filed within 30 days of when Defendant was served with Plaintiff's Complaint pursuant to 28 U.S.C. § 1446(b). Defendant was served with the Lawsuit on January 9, 2017, in care of The Corporation Service Company, Registered Agent, and transmitted to Defendant in Atlanta, Georgia.

10. Contemporaneously with this filing, Defendant is filing a Notice of Filing of this Notice of Removal with the Clerk of the Circuit Court of Sebastian County, Arkansas pursuant to 28 U.S.C. § 1446(d).

11. Plaintiff's counsel of record in the state court lawsuit is being served with all filings as noted in the Certificate of Service.

3

12.    This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

13.    In light of all the foregoing, removal of this case is proper.

14.    Because this Notice of Removal is neither a responsive pleading nor a motion under Rule 12 of the Federal Rules of Civil Procedure, Defendant has not waived the right to assert any applicable defenses merely by removing this action from state court. After removal of a case from state court to a federal district court, the action is governed by the Federal Rules of Civil Procedure. *Nationwide Engineering & Control Systems, Inc. v. Thomas*, 837 F.2d 345, 348 (8th Cir. 1988); Fed. R. Civ. P. 81(c)(1). Federal Rule of Civil Procedure 12 provides that every defense to a claim for relief in any pleading shall be asserted in the responsive pleading or by motion. *See* Fed. R. Civ. P. 12(b). Defendant did not file a responsive pleading or a motion asserting defenses in the Circuit Court of Sebastian County, Arkansas.

WHEREFORE, Defendant, by counsel, respectfully notifies this Court, the state court, and the Plaintiff of the removal of this action from the Circuit Court of Sebastian County, Arkansas to the United States District Court for the Western District of Arkansas, Fort Smith Division.

4

Respectfully submitted on this 6th day of February, 2017.

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
ryounger@qgtlaw.com

By:_____
R. Ryan Younger (2008209)

*Attorneys for Rheem Manufacturing Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was mailed this 6th day of February, 2017, *via* United States mail, postage prepaid, to the following counsel of record:

Lauren E. Clark
Settle Jernigan, PLLC
2501 Fayetteville Road
P.O. Box 1695
Van Buren, Arkansas 72957

_____
R. Ryan Younger

DMS 4629939v1

5